1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:14-CR-6052-SMJ-1 |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND AMENDING CONDITIONS OF RELEASE |
| DARYL LEE PELLETIER, | |
| Defendant. | |

**IT IS HEREBY ORDERED:** Defendant's Motion to Expedite (**ECF No. 66**) and Motion to Modify Conditions of Release (**ECF No. 65**) are **GRANTED**. This Court's Order Setting Conditions of Release (ECF No. 15), release condition numbers 17, 18, 19, and 25 are temporarily modified to permit the following:

> On June 5, 2015 from 6:15 p.m. to 10:00 p.m., Defendant is permitted to attend his nephew's high school graduation in Burbank, Washington. On June 7, 2015, from 1:00 p.m. until 8:00 p.m., Defendant is permitted to attend a graduation celebration at his sister's home in Burbank, Washington. Defendant's father shall ensure 1) the Defendant is never alone with any minor children at either event; and 2) the Defendant does not drink alcohol.

All other conditions remain unmodified by this Order. The Clerk of the Court shall enter this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** May 28, 2015.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 1