✎ PS 8
(3/15)

Case 4:14-cr-06052-SMJ   Document 85   Filed 06/18/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2015

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Pelletier, Daryl Lee            Docket No.        0980 4:14CR06052-001

### Petition for Action on Conditions of Pretrial Release

    COMES NOW     Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daryl Lee Pelletier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 19 day of November 2014 under the following conditions:

**Condition #20:** Defendant shall not have access to the internet, including but not limited to cell phones with internet access.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On various dates from on or about June 7, 2015, through June 17, 2015, the defendant was found to be accessing the internet.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND AUTHORIZATION TO CONDUCT A SEARCH

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   June 18, 2015 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[X]   Authorization to conduct a search of Mr. Pelletier's residence
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

06/18/2015
Date