✎ PS 8
(3/15)

Case 4:14-cr-06052-SMJ   Document 86   Filed 06/22/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2015

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pelletier, Daryl Lee | Docket No. | 0980 4:14CR06052-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daryl Lee Pelletier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 3rd day of April 2015 under the following conditions:

**Condition #21:** Defendant shall not possess a cell phones.

**Condition #22:** Defendant shall not have access to his wife's cell phone or any electronic device in the home. Defendant's wife shall password protect any cell phone or electronic device using a password unknown to the Defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #2:** On June 19, 2015, the defendant was found to be in possession of a tablet computer and two cellular phones.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   June 19, 2015

by   s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

06/22/2015
Date